**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-00320-CMA-KMT

MONIQUE SALAZAR, individually and as surviving spouse
   of William Bradford, deceased,
WALTER SALAZAR BRADFORD, a minor child of William Bradford, deceased,
   by and through his parent and next friend, Monique Salazar, and
WILLIAM SALAZAR BRADFORD, a minor child of William Bradford, deceased,
   by and through his parent and next friend, Monique Salazar,

      Plaintiffs,

v.

BOMBARDIER RECREATIONAL PRODUCTS INC., a Canadian corporation,
BRP US INC., a Delaware corporation, and
ON THE TRAIL RENTALS, INC., a Colorado corporation,

      Defendants.

---

**ORDER GRANTING STIPULATION OF DISMISSAL OF PARTY DEFENDANTS**

---

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice of Defendants Bombardier Recreational Products Inc. and BRP US Inc. (Doc. # 42).  The Court has reviewed the Stipulation and ORDERS as follows:

Any and all claims on behalf of Plaintiffs against Defendants Bombardier and BRP in the above-captioned action are hereby DISMISSED WITH PREJUDICE, each party to bear shall pays his, her or its own costs, attorney's fees and costs.  It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Bombardier Recreational Products Inc. and BRP US Inc. as Defendants in this case.

DATED: December  13 , 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge